UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chukwuma E. Azubuko,

      Plaintiff,

  v.                                    **ORDER**
                                        Civil No. 14-242 ADM/FLN

State of Louisiana, and
Louisiana Board of Bar
Overseers/Examiners,

      Defendants.

_____

Chukwuma E. Azubuko, pro se.

_____

This matter is before the undersigned United States District Judge for a ruling on Chukwuma E. Azubuko's Second Motion for Relief from Judgment or Order pursuant to Federal Rules of Civil Procedure, Rule 60(b)(4) [Docket No. 9]. See Order, February 27, 2014 [Docket No. 5].

Rule 60(b)(4) allows for relief from judgment if the judgment is void. A judgment is only void if the court rendering the decision lacked jurisdiction of the subject matter, or of the parties, or if it acted in a manner inconsistent with due process of law. Azubuko's motion does not address Rule 60(b)(4)'s requirements. And, there is nothing in the record that would support finding the Order and Judgment void.

In February 2014, the Court considered one of Azubuko's numerous filings,

> The nature of Azubuko's Objection signals to the court that Azubuko's pattern of frivolous filing is continuing. As Judge Noel recommends, this Court will not impose restrictions on Azubuko's filings at this time, but Azubuko is forewarned that if he files more frivolous lawsuits in this District, he may be added to the District's list of "restricted filers," and he may be prohibited from filing more pro se actions without pre-authorization from a judge.

Azubuko v. Louisiana, Civil No. 14-242, 2014 U.S. Dist. LEXIS 25149, *3 (D. Minn. Feb. 27, 2014).  This second, vague and unclear attempt to overturn the Court's February ruling suggests Azubuko misunderstands how the Court functions.  Assuming Azubuko does not intend to deliberately waste the Court's time and resources, it is nonetheless clear that before making further filings in the District of Minnesota, Azubuko needs the aid of a licensed attorney or pre-authorization from a judge of this district.  As a result, Azubuko must obtain the permission of the Court before filing any further proceedings.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Chukwuma E. Azubuko's Second Motion for Relief from Judgment or Order [Docket No. 9] is **DENIED**; and,

2. Chukwuma E. Azubuko will be placed on the District of Minnesota's list of restricted filers.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  July 3, 2014.